IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERBERT WEISS, JOHN BENDOKAS, MARIA CACIA, DONALD CURRY, JOSEPH FORMAN, THEODORE KILKUSKIE, ALBERT NEIBERG, GEORGE RYMAR, JOSEPH SCHIRMER, and BRIAN ZUBATCH, <br><br> Plaintiffs, <br><br> v. <br><br> NOVA FINANCIAL HOLDINGS, INC., NOVA BANK, THE KEYSTONE EQUITIES GROUP, BALLAMOR CAPITAL MANAGEMENT, BARRY BEKKEDAM, BRIAN M. HARTLINE, and EDWARD J. DIMARCANTONIO, <br><br> Defendants. | CIVIL ACTION <br><br> NO. |

## NOTICE OF REMOVAL

TO:  Keith E. Smith, Esquire
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102-1909

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446, defendants, Nova Financial Holdings, Inc., Nova Bank, The Keystone Equities Group, Ballamor Capital Management, Barry Bekkedam, Brian M. Hartline, and Edward J. DiMarcantonio ("Defendants"), hereby remove the action pending in the Court of Common Pleas of Philadelphia County, No. 110601712, to the United States District Court for the Eastern District of Pennsylvania.

Defendants assert that:

1. On or about June 20, 2011, plaintiffs, Herbert Weiss, John Bendokas, Maria Cacia, Donald Curry, Joseph Forman, Theodore Kilkuskie, Albert Neiberg, George Rymar, Joseph Schirmer and Brian Zubatch ("Plaintiffs") commenced this action against Defendants by filing a writ of summons in the Court of Common Pleas of Philadelphia County, No. 110601712.

2. On or about August 12, 2011, Plaintiffs filed a complaint asserting, inter alia, that Defendants committed fraud in violation of the Securities and Exchange Act Section 10(b), 15 U.S.C. § 78j(b) and that Defendants violated the Securities and Exchange Act Rule 10b-5, 17 C.F.R. § 240.10b-5. See Compl. at ¶¶ 83-87. A copy of the complaint is attached hereto as Exhibit "A".

3. Plaintiffs also asserted that Nova Financial Holdings, Inc., Nova Bank and Ballamor Capital Management violated section 20(a) of the Securities and Exchange Act, 15 U.S.C. § 78t(a). See Compl. at ¶¶ 113-120.

4. There have been no other proceedings in this action.

5. In part, Plaintiffs' complaint arises under the laws of the United States because it asserts claims allegedly arising under the Securities and Exchange Act. See Compl. at ¶¶ 83-87, 113-120.

6. As a result, pursuant to the provisions of 28 U.S.C. §§ 1331 and 1441(a), the United States District Court for the Eastern District of Pennsylvania has original jurisdiction over Plaintiffs' claims pursuant to the Securities and Exchange Act.

10. Pursuant to 28 U.S.C. § 1441(a), claims that arise under federal law may be removed to federal court.

11. Pursuant to 28 U.S.C. § 1367(a), this Court may exercise supplemental jurisdiction over Plaintiffs' claims arising under state law.

12.     As provided by 28 U.S.C. § 1446(b), Defendants' notice of removal is filed with the Court within thirty (30) days of its receipt, through service or otherwise, of a copy of a pleading from which it may first be ascertained that the case is one which has become removable.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446(d), Defendants, upon filing the notice of removal in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania, shall promptly file a copy of the notice with the Prothonotary of the Court of Common Pleas of Philadelphia County to effect removal of this action to the United States District Court.

Respectfully submitted,

_____
Michael Menkowitz, Esquire
Joshua Horn, Esquire
Amit Shah, Esquire
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Phone: (215) 299-2000
Fax: (215) 299-2150
mmenkowitz@foxrothschild.com
jhorn@foxrothschild.com
ashah@foxrothschild.com

*Attorneys for Defendants*
*Nova Financial Holdings, Inc.,*
*Nova Bank, The Keystone Equities Group,*
*Brian M. Hartline and Edward J. DiMarcantonio*

_____
Matthew A. Taylor, Esquire
Ryan E. Borneman, Esquire
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Phone: (215) 979-1105
Fax: (215) 689-4906
mataylor@duanemorris.com
reborneman@duanemorris.com

*Attorneys for Defendants*
*Barry Bekkedam and Ballamor*
*Capital Management*

Dated: August 23, 2011

4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERBERT WEISS, JOHN BENDOKAS, MARIA CACIA, DONALD CURRY, JOSEPH FORMAN, THEODORE KILKUSKIE, ALBERT NEIBERG, GEORGE RYMAR, JOSEPH SCHIRMER, and BRIAN ZUBATCH,<br><br>Plaintiffs,<br><br>v.<br><br>NOVA FINANCIAL HOLDINGS, INC., NOVA BANK, THE KEYSTONE EQUITIES GROUP, BALLAMOR CAPITAL MANAGEMENT, BARRY BEKKEDAM, BRIAN M. HARTLINE, and EDWARD J. DIMARCANTONIO,<br><br>Defendants. | CIVIL ACTION<br><br>NO. |

## CERTIFICATE OF SERVICE

I certify that I caused a true and correct copy of the foregoing notice of removal to be served via United States first class mail, postage prepaid, upon:

Keith E. Smith, Esquire
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102-1909

Amit Shah, Esquire

Dated: August 27, 2011