IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C. SCOTT HISEY, *et al.*<br>*Plaintiffs*<br><br>v.<br><br>NOVA FINANCIAL HOLDINGS,<br>INC., *et al.*<br>*Defendants* | : CIVIL ACTION<br>:<br>: NO. 11-2604 (Consolidated)<br>:<br>:<br>:<br>:<br>:<br>: |
| HERBERT WEISS, *et al.*<br>*Plaintiffs*<br><br>v.<br><br>NOVA FINANCIAL HOLDINGS,<br>INC., *et al.*<br>*Defendants* | : CIVIL ACTION<br>:<br>: NO. 11-5336<br>:<br>:<br>:<br>:<br>: |

## O R D E R

**AND NOW**, this 15th day of May 2015, upon consideration of the motion of the Hisey Plaintiffs pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(2) to voluntarily dismiss claims against NOVA Financial Holdings, Inc., and Brian M. Hartline, with prejudice, [ECF 116], and the motion of the Weiss Plaintiffs pursuant to Rule 41(a)(2) to voluntarily dismiss claims against Defendants NOVA Financial Holdings, Inc., Federal Deposit Insurance Corporation as Receiver for NOVA Bank, N.A., Edward DiMarcantonio, and Brian M. Hartline, with prejudice, [ECF 117], filed in accordance with the settlement agreements between the Hisey and Weiss Plaintiffs and said Defendants, which were respectively approved on March 25, 2015, by the Bankruptcy Court, [ECF 116-2, 117-3], it is hereby **ORDERED** that the motions are **GRANTED**.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.