# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| C. SCOTT HISEY, *et al.* <br> *Plaintiffs* | : <br> : <br> : | CIVIL ACTION <br><br> NO. 11-2604 (Consolidated) |
| v. | : : | |
| NOVA FINANCIAL HOLDINGS, INC., *et al.* <br> *Defendants* | : <br> : <br> : <br> : | |
| HERBERT WEISS, *et al.* <br> *Plaintiffs* | : <br> : <br> : | CIVIL ACTION <br><br> NO. 11-5336 |
| v. | : : | |
| NOVA FINANCIAL HOLDINGS, INC., *et al.* <br> *Defendants* | : <br> : <br> : | |

## ORDER

**AND NOW**, this 30th day of October 2018, in light of Plaintiffs' letter dated October 26, 2018, [ECF 140], in which Plaintiffs advised this Court that the criminal proceedings against Defendant Barry R. Bekkedam have concluded, and requested that this matter be removed from civil suspense, it is hereby **ORDERED** that the request is **GRANTED**. Accordingly, the **STAY** imposed by the Order of December 16, 2015, [ECF 138], is **VACATED**. The Clerk of Court is directed to remove this case from civil suspense and to place this matter on this Court's active docket.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO, J.**
*Judge, United States District Court*