# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| C. SCOTT HISEY, *et al.* | : | CIVIL ACTION |
| *Plaintiffs* | : | |
| | : | NO. 11-2604 (Consolidated) |
| v. | : | |
| | : | |
| NOVA FINANCIAL HOLDINGS, INC., *et al.* | : | |
| *Defendants* | : | |
| | : | |
| HERBERT WEISS, *et al.* | : | CIVIL ACTION |
| *Plaintiffs* | : | |
| | : | NO. 11-5336 |
| v. | : | |
| | : | |
| NOVA FINANCIAL HOLDINGS, INC., *et al.* | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 12th day of December 2018, in light of the procedural posture of this case, it is hereby **ORDERED** that counsel are directed to submit a written status report by January 4, 2019.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*