# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERBERT WEISS, JOHN BENDOKAS, MARIA CACIA, DONALD CURRY, BRIGHTON MANAGEMENT GROUP, LLC, THEODORE KILKUSKIE, ALBERT NEIBERG, GEORGE RYMAR, JOSEPH SCHIRMER, and D.W.M. INCORPORATED., | : CIVIL ACTION<br>:<br>: No. 2:11-cv-5336<br>: |
| Plaintiffs | : |
| v. | : |
| NOVA FINANCIAL HOLDINGS, INC., NOVA BANK, THE KEYSTONE EQUITIES GROUP, BALLAMOR CAPITAL MANAGEMENT, BARRY BEKKEDAM, BRIAN M. HARTLINE, and EDWARD J. DIMARCANTONIO, | : **JUDGMENT ENTERED**<br>: **UNDER RULE 68** |
| Defendants | : |

On December 21, 2018, Plaintiffs filed a Notice of Acceptance of Offers of Judgment, along with the Offers of Judgment, under Rule 68 of the Federal Rules of Civil Procedure, and a Proof of Service. Therefore, under the provisions of Rule 68(a) of the Federal Rules of Civil Procedure,

IT IS ADJUDGED that:

1. Plaintiffs Herbert Weiss, Albert Neiberg, George Rymar, D.W.M., Incorporated, John Bendokas, Joseph Schirmer, Donald Curry, Maria Cacia, Theodore Kilkuskie, and Brighten Management Group, LLC (collectively, the **"Weiss Plaintiffs"**), have **judgment** against Barry R. Bekkedam in the amount of $825,000.00 and have **judgment** against Ballamor Capital Management in the amount of $825,000.00 plus interest until the date of collection at six percent per annum.

2. Costs incurred by the above-named plaintiffs up to the date of the Offer are included in the sum specified above.

Dated: ~~December~~ Jan. 9th, 2018

By: /s/ Robert R. Kelly, Jr. ~~Deputy Clerk~~