# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| C. SCOTT HISEY, *et al.* <br> *Plaintiffs* <br><br> v. <br><br> NOVA FINANCIAL HOLDINGS, INC., *et al.* <br> *Defendants* | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION <br><br> NO. 11-2604 (Consolidated) |
| HERBERT WEISS, *et al.* <br> *Plaintiffs* <br><br> v. <br><br> NOVA FINANCIAL HOLDINGS, INC., *et al.* <br> *Defendants* | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION <br><br> NO. 11-5336 |

**FILED JAN 1 1 2019**
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW**, this 11th day of January 2019, upon consideration of the *request for judgment* filed by the "*Hisey* Plaintiffs,"[1] and the exhibits submitted thereto, [ECF 143], it is hereby **ORDERED** that, pursuant to Federal Rule of Civil Procedure 68(a), the request is **GRANTED**. Accordingly, the Clerk of Court is **DIRECTED** to enter judgment, in complete satisfaction of all claims by the *Hisey* Plaintiffs against Defendants Barry R. Bekkedam and Ballamor Capital Management, inclusive of all recoverable costs, expenses, and attorneys' fees, as follows:

1. Judgment is entered for the *Hisey* Plaintiffs and against Defendant Barry R. Bekkedam in the amount of $975,000.00.

2. Judgment is entered for the *Hisey* Plaintiffs and against Defendant Ballamor Capital Management in the amount of $975,000.00.

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO
*Judge, United States District Court*

---

[1] The "*Hisey* Plaintiffs" include C. Scott Hisey, Stephan and Carol Gammarino, Chuck Uplinger, David Crastnopol, Joe and Cindy Stein, John and Marianne Harkins, Dean and Lisa Knauss, John and Tracy McNally, Salvatore Fiore, Ken Gawason, Stephen Huesser, John Roshelli, Gerald Nave, Craig and Cindy Veverka, Dean and Christa Vagnozzi, Timothy Curran, and Michael and Katrina Kilgallon.