# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **C. SCOTT HISEY**, *et al.* | : | **CIVIL ACTION** |
| *Plaintiffs* | : | |
| | : | **NO. 11-2604 (Consolidated)** |
| v. | : | |
| | : | |
| **NOVA FINANCIAL HOLDINGS, INC.**, *et al.* | : | |
| *Defendants* | : | |
| | : | |
| **HERBERT WEISS**, *et al.* | : | **CIVIL ACTION** |
| *Plaintiffs* | : | |
| | : | **NO. 11-5336** |
| v. | : | |
| | : | |
| **NOVA FINANCIAL HOLDINGS, INC.**, *et al.* | : | |
| *Defendants* | : | |

## RULE TO SHOW CAUSE ORDER

**AND NOW**, this 26th day of February 2019, upon consideration of the January 9, 2019 Order entering judgment for the "*Weiss* Plaintiffs"[1] against Defendants Barry R. Bekkedam and Ballamor Capital Management (collectively, herein, "Defendants"), [ECF 77 in Civil Action No. 11-5336], the January 11, 2019 Order entering judgment for the "*Hisey* Plaintiffs,"[2] against Defendants, [ECF 145], and the lack of other substantive activity since October 30, 2018, [ECF 141], a Rule is hereby issued to all parties to show cause why any remaining claim(s) in this matter should not be dismissed for failure to prosecute. Failure to respond by March 8, 2019 may result in the dismissal of this action.

                                                           **BY THE COURT:**

                                                           */s/ Nitza I. Quiñones Alejandro*
                                                           **NITZA I. QUIÑONES ALEJANDRO**
                                                           *Judge, United States District Court*

---

[1]   The "*Weiss* Plaintiffs" include Herbert Weiss, Albert Neiberg, George Rymar, D.W.M., Inc., John Bendokas, Joseph Schirmer, Donald Curry, Maria Cacia, Theodore Kilkuskie, and Brighten Management Group, LLC.

[2]   The "*Hisey* Plaintiffs" include C. Scott Hisey, Stephan and Carol Gammarino, Chuck Uplinger, David Crastnopol, Joe and Cindy Stein, John and Marianne Harkins, Dean and Lisa Knauss, John and Tracy McNally, Salvatore Fiore, Ken Gawason, Stephen Huesser, John Roshelli, Gerald Nave, Craig and Cindy Veverka, Dean and Christa Vagnozzi, Timothy Curran, and Michael and Katrina Kilgallon.